| | | |
|---|---|---|
| **Crotty NYSD Chambers/NYSD/02/USCOURTS** | To | jcw24@aol.com, katherine.goldstein@usdoj.gov, rsoloway@rssslaw.com, fecdrq@yahoo.com, kartlaw1@gmail.com |
| Sent by: Marlon Ovalles | cc | mbrissenden@scaringlaw.com, mb@bhlawfirm.com, ss@bhlawfirm.com, Lyvia Ramos/NYSP/02/USCOURTS@USCOURTS, Colleen |
| 08/28/2012 04:17 PM | bcc | Marlon Ovalles@USCOURTS |
| | Subject | USA v. Steven Shea, Arn Wilson, Robert Grabowski & Michael Passaro] - 09 Cr 662 (PAC) - All Sentencing Proceedings  Adjourned "Sine Die" |

All Counsel & Probation,

Judge Crotty has decided to adjourn the sentencing proceedings of Defendants:  Shea, Wilson, Grabowski and  Passaro.  His Honor would like to know the outcome of the appeal filed by Defendants Mandell and Harrington before going forward with the remaining defendants.

 In light of this update, all sentencing proceedings in this case are adjourned "sine die."   Please update your calendars accordingly.   Thank you.

-Marlon Ovalles, Courtroom Deputy-

| jcw24 | jcw24@aol.com | 08/27/2012 05:14:33 PM |
|---|---|---|