

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 22, 2014

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2014

**By Email**
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

The Sentencing proceedings will go forward as follows: (1) Stephen Shea: Thursday, June 19, 2014 @ 3PM; (2) Robert Grabowski: Tuesday, September 9 @ 4:30 PM; (3) Michael Passaro: Wednesday, September 10 @ 4:30 PM; and (4) Arn Wilson on Thursday, September 11 @ 4:30 PM.  The Court will notify the Probation Dept of these dates.
SO ORDERED - 05-22-2014

*/s/ Paul A. Crotty*

Paul A. Crotty, U.S.D.J

Re:   United States v. Ross Mandell, et al.,
      S1 09 Cr. 662 (PAC)

Dear Judge Crotty:

    The Government writes to respectfully request that the Court order pre-sentence investigation reports for Stephen Shea, Robert Grabowski, Michael Passaro and Arn Wilson, who were co-defendants in the above-captioned matter, and set appropriate sentencing dates for each of these defendants.  As the Court will recall, sentencing dates for these defendants were adjourned *sine die*, pursuant to Court order, on or about August 8, 2012, in light of the pending appeal by trial defendants Ross Mandell and Adam Harrington.  In view of the Second Circuit Court of Appeal's May 16, 2014 decision affirming the trial defendants' convictions on all counts, the Government respectfully submits that the remaining defendants may be now be sentenced.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney

                                 by: ___/s/_____
                                    Katherine R. Goldstein
                                    Assistant United States Attorney
                                    (212) 637-2262

cc:  defense counsel (by email)